**No. 48863.**—Protest 83957–K of Mrs. Grace Foley Davison (Nogales).

Opinion by KEEFE, J. From an examination of the papers in the record the court was unable to find anything sufficient to overcome the action of the collector, which was held presumptively correct. The protest was therefore overruled

BEFORE THE SECOND DIVISION, OCTOBER 14, 1943

**No. 48864.**—Protest 990823–G of Absorbo Beer Pad Co., Inc. (New York).

Opinion by KINCHELOE, J. The record established that the merchandise is the same as that passed upon in *Absorbo Beer Pad Co., Inc.* v. *United States* (10 Cust. Ct. 176, C. D. 748), the record in which case was incorporated herein. In accordance therewith the pulpboard was held dutiable at 10 percent under paragraph 1402 as not embossed, decorated, or ornamented in any manner. The protest was therefore sustained.

**No. 48865.**—Protests 34217–K/89419, etc., of J. E. Bernard & Co., Inc. (Chicago).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the books in question are similar to those involved in *Bernard* v. *United States* (11 Cust. Ct. 20, C. D. 785), the record in which case was incorporated herein, they were accordingly held dutiable as books of bona fide foreign authorship at 7½ percent under paragraph 1410 and the said trade agreement, as claimed.

**No. 48866.**—Protest 936528–G of Frank J. Markwalter Co. (New York).

Opinion by KINCHELOE, J. It appeared from the collector's report that the merchandise would now be classifiable as sisal binding twine, free of duty under paragraph 1622, following *Geo. Wm. Rueff, Inc.* v. *United States* (T. D. 49151). The protest was sustained accordingly.

**No. 48867.**—Protests 739088–G, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.